IN THE UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

STATE OF KANSAS, *et al.*,

    Plaintiffs-Appellees,

    v.

UNITED STATES DEPARTMENT OF EDUCATION, *et al.*,

    Defendants-Appellants.

No. 24-3097

**MOTION TO WITHDRAW AS COUNSEL FOR APPELLEES**

Pursuant to Circuit Rule 46.4(C), Jeremiah G. Dys hereby moves to withdraw Camille P. Varone as counsel for the Petitioner/Appellees/Center for Religion, Culture, and Democracy and thirty scholars in the above-captioned appeal. Ms. Varone is to be withdrawn as counsel because she ended her employment with First Liberty Institute effective January 17, 2025. Jeremiah Dys will continue to serve as counsel representing the Center for Religion, Culture, and Democracy and scholars for this appeal.

Respectfully submitted,

s/ *Jeremiah G. Dys*
JEREMIAH G. DYS
First Liberty Institute
2001 W. Plano Pkwy., Ste. 1600
Plano, TX 75075
(972) 941-4457

January 24, 2025

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing motion complies with the type-volume limitation in Fed. R. App. P. 27(d)(2)(A), and the typeface and type style requirements of Fed. R. App. P. 27(d)(1)(E). The motion has been prepared in a proportionally spaced typeface using Microsoft Word with Times New Roman, 14 point font.

*/s/ Jeremiah G. Dys*
Jeremiah G. Dys

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of January 2025, I electronically filed the foregoing motion, with the Clerk of the Court for the United States Court of Appeals for the Tenth Circuit by using the appellate CM/ECF system. I further certify that on this 24h day of January 2025, I served the foregoing motion on counsel of record via the CM/ECF system.

*/s/ Jeremiah G. Dys*
Jeremiah G. Dys
