UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

| | |
|---|---|
| # | |
| State of Kansas, et al. | |
| v. | Case No. 24-3097 |
| EDUC, et al. | |

**MOTION TO WITHDRAW**

Abhishek S. Kambli respectfully moves pursuant to Local Rule 46.4 withdraw as an attorney of record for State of Kansas in this matter. Mr. Kambli will be leaving the employment of the Office of the Kansas Attorney General effective January 31, 2025. Mr. Kambli respectfully requests that the Court withdraw his appearance in this matter.

The State of Kansas was orally notified of this withdrawal more than 14 days in advance of this motion and will continue to be represented by the other counsel of record from the Office of the Kansas Attorney General.

Respectfully Submitted,

KRIS W. KOBACH
Attorney General

*<u>/s/ Abhishek S. Kambli</u>*
Abhishek S. Kambli, 29788
Deputy Attorney General
Memorial Building, 2nd Floor
120 SW 10th Avenue
Topeka, Kansas 66612-1597
Phone: (785) 296-7109
Fax: (785) 291-3767
Email: *abhishek.kambli@ag.ks.gov*

**CERTIFICATE OF SERVICE**

This is to certify that on this 30th day of January, 2025, the above and foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, and a notice of electronic filing was sent via CM/ECF to all counsel of record.

*/s/ Abhishek S. Kambli*
Abhishek S. Kambli, 29788