FILED
United States Court of Appeals
Tenth Circuit

February 4, 2025

Christopher M. Wolpert
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

---

STATE OF KANSAS, et al.,

    Plaintiffs - Appellees,

v.

UNITED STATES DEPARTMENT OF EDUCATION, et al.,

    Defendants - Appellants.

------------------------------

FLOYD ABRAMS, et al.,

    Amici Curiae.

No. 24-3097
(D.C. No. 5:24-CV-04041-JWB-ADM)
(D. Kan.)

---

**ORDER**

---

    This matter is before the court *sua sponte* at the direction of the panel of judges assigned to hear oral argument in, and decide the merits of, this appeal. If Appellants anticipate a change in their position on the merits of this appeal due to the recent change in presidential administration, they shall notify this court forthwith and no later than four weeks before the scheduled oral argument.

    Entered for the Court,

    CHRISTOPHER M. WOLPERT, Clerk