FILED
United States Court of Appeals
Tenth Circuit

February 10, 2025

Christopher M. Wolpert
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

_____

STATE OF KANSAS, et al.,

    Plaintiffs - Appellees,

v.

UNITED STATES DEPARTMENT OF EDUCATION, et al.,

    Defendants - Appellants.

------------------------------

FLOYD ABRAMS, et al.,

    Amici Curiae.

No. 24-3097
(D.C. No. 5:24-CV-04041-JWB-ADM)
(D. Kan.)

_____

**ORDER**
_____

    This matter is before the court on the *Government's Response to the Court's February 4, 2025 Order and Unopposed Motion to Postpone Oral Argument and Hold Appeal in Abeyance*. Upon careful consideration, the court directs as follows.

    The March 19, 2025 oral argument in this matter is VACATED, and all counsel are excused from attendance. This matter is ABATED for 120 days. No later than 60 days from the date of this order, Appellants shall file a status report to advise the court of the status of their efforts to "become familiar with the final rule and the issues presented by this litigation as well as to determine how they wish to proceed." Absent further order of the court to the contrary, the Clerk's Office shall reset this matter for oral argument

during the court's September 2025 term, which will take place the week of September 8, 2025.

> Entered for the Court,
>
> CHRISTOPHER M. WOLPERT, Clerk