# IN THE UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

| | |
|---|---|
| STATE OF KANSAS, et al.,<br><br>    Plaintiffs-Appellees,<br><br>    v.<br><br>U.S. DEPARTMENT OF EDUCATION, et al.,<br><br>    Defendants-Appellants. | No. 24-3097 |

## JOINT STIPULATION TO DISMISS APPEAL

Pursuant to Federal Rule of Appellate Procedure 42(b)(1), the parties hereby stipulate to dismiss this appeal, with each party to bear its own costs.

KRIS W. KOBACH
*Attorney General of Kansas*

*/s/ Anthony J. Powell*
ANTHONY J. POWELL
*Solicitor General*
ERIN B. GAIDE
*Assistant Attorney General*
120 SW 10th Avenue
Topeka, KS 66612-1597
(785) 368-8539
anthony.powell@ag.ks.gov
erin.gaide@ag.ks.gov

*Counsel for Appellee State of Kansas*


JOHN J. BURSCH
ALLIANCE DEFENDING FREEDOM
440 First Street NW, Suite 600
Washington, DC 20001
(616) 450-4235
jbursch@ADFlegal.org

*/s/ Jonathan A. Scruggs*
JAMES A. CAMPBELL
JONATHAN A. SCRUGGS
JACOB P. WARNER
ALLIANCE DEFENDING FREEDOM
15100 N. 90th Street
Scottsdale, AZ 85260
(480) 444-0020
jcampbell@ADFlegal.org
jscruggs@ADFlegal.org
jwarner@ADFlegal.org

*Counsel for Appellees K.R. and Female Athletes United*

Respectfully submitted,

YAAKOV M. ROTH
*Acting Assistant Attorney General*

MELISSA N. PATTERSON
*/s/ David L. Peters*
JACK STARCHER
STEVEN A. MYERS
DAVID L. PETERS
Attorneys, Appellate Staff
Civil Division, Room 7209
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530
(202) 514-1673


TREG TAYLOR
*Attorney General of Alaska*

*/s/ William E. Milks*
WILLIAM E. MILKS
Alaska Department of Law
P.O. Box 110300
Juneau, AK 99811
(907) 465-3600
bill.milks@alaska.gov

*Counsel for Appellee State of Alaska*

DEREK BROWN
*Attorney General of Utah*

*/s/ Stanford E. Purser*
STANFORD E. PURSER
*Solicitor General*
Utah Attorney General's Office
160 E. 300 South, 5th Floor
Salt Lake City, UT 84114
(801) 366-0533
spurser@agutah.gov

*Counsel for Appellee State of Utah*

/s/ William E. Trachman
WILLIAM E. TRACHMAN
MOUNTAIN STATES LEGAL
FOUNDATION
2596 S. Lewis Way
Lakewood, CO 80227
(303) 292-2021
wtrachman@mslegal.org

/s/ Braden Boucek
BRADEN BOUCEK
KIMBERLY S. HERMANN
SOUTHEASTERN LEGAL FOUNDATION
560 W. Crossville Rd.
Suite 104
Roswell, GA 30075
(770) 977-2131
bboucek@southeasternlegal.org
khermann@southeasternlegal.org

*Counsel for Appellees Moms for Liberty and Young America's Foundation*

BRIDGET HILL
*Attorney General of Wyoming*

/s/ Ryan Schelhaas
RYAN SCHELHAAS
Chief Deputy Attorney General
Wyoming Attorney General Office
109 State Capitol
Cheyenne, WY 82002
(307) 777-5786
ryan.schelhaas@wyo.gov

*Counsel for Appellee State of Wyoming*

# CERTIFICATE OF SERVICE

I hereby certify that on March 12, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Tenth Circuit by using the appellate CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

                                              */s/ David L. Peters*
                                              David L. Peters

# CERTIFICATE OF COMPLIANCE

Pursuant to Fed. R. App. P. 32(g), I hereby certify this filing complies with the requirements of Fed. R. App. P. 27(d)(1)(E) because it has been prepared in 14-point Garamond, a proportionally spaced font, and that it complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 24 words, according to Microsoft Word.

/s/ *David L. Peters*
David L. Peters