UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert Jane K. Castro
Clerk of Court Chief Deputy Clerk

March 13, 2025

**RE:** 24-3097, State of Kansas, et al v. EDUC, et al
 Dist/Ag docket: 5:24-CV-04041-JWB-ADM

Dear Clerk and Counsel:

Please be advised that the court issued an order today dismissing this case.

In addition, pursuant to Federal Rule of Appellate Procedure 41, the Tenth Circuit's mandate issued today, and the court's judgment takes effect. With the issuance of this letter, jurisdiction is transferred back to the lower court/agency.

Please contact this office if you have questions.

 Sincerely,

 Christopher M. Wolpert
 Clerk of Court

CMW/at