# 10th CIR. FORM 4. DISCLOSURE STATEMENT

UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

**Fed. R. App. P. 26.1 and Tenth Circuit Rule 26.1 Disclosure Statement**

| | |
|---|---|
| State of Kansas, et al., <br><br> v. <br><br> U.S. Dep't of Education, et al. | Case No. 24-3097 |

Pursuant to Federal Rule of Appellate Procedure 26.1(a), (b), and/or (c), the undersigned, on behalf of _____Appellants_____
[Party Name(s)]

certifies[1] as follows:

☐ The following parent corporation(s); publicly held corporation(s); organizational victim(s); and/or debtor(s) are disclosed as required by Fed. R. App. P. 26.1 (attach additional pages if necessary):

X There is no information to disclose pursuant to Fed. R. App. P. 26.1.

_____7/15/2024_____
Date

___/s/ David L. Peters_____
Signature

---

[1] Pursuant to Federal Rule of Appellate Procedure 26.1(d)(3), this disclosure statement must be promptly updated whenever any of the information required under Fed. R. App. P. 26.1 changes.

# CERTIFICATE OF SERVICE

I hereby certify that:

    **X**    All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

    ☐    On _____ I sent a copy of this Disclosure Statement
                      [date]

_____
[name of party]

at_____,
[address]

the last known address/email address, by

_____.
[method of service]

\_\_\_\_\_7/15/2024_____
Date

\_\_\_/s/ David L. Peters_____
Signature