UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert  
Clerk of Court

Jane K. Castro  
Chief Deputy Clerk

July 16, 2024

Ms. Rebecca Kopplin  
U.S. Department of Justice  
Civil Division  
1100 L Street Northwest  
Washington, DC 20005

Mr. Steven A. Myers  
Mr. David Peters  
Mr. Jack Starcher  
U.S. Department of Justice  
Appellate Section, Civil Division  
950 Pennsylvania Avenue NW, room 7323  
Washington, DC 20530

**RE:** 24-3097, State of Kansas, et al v. EDUC, et al  
Dist/Ag docket: 5:24-CV-04041-JWB-ADM

Dear Counsel:

The district court transmitted notice that the record is complete to the clerk of this court on July 16, 2024. *See* 10th Cir. R. 11.1(A) and 31.1(A)(1).

Appellant's brief and appendix must be filed on or before August 26, 2024. Appellee may file a response brief within 30 days after service of appellant's brief. If a response brief is filed, Appellant may file a reply brief within 21 days after service of appellee's brief.

Briefs and appendices must satisfy all requirements of the Federal Rules of Appellate Procedure and Tenth Circuit Rules with respect to form and content. Counsel are encouraged to utilize the court's Briefing and Appendix checklist when compiling their briefs and appendices. Motions for extension of time are disfavored and must comply with 10th Cir. R. 27.1 and 27.6.

Please contact this office if you have questions.

                                                      Sincerely,

                                                      Christopher M. Wolpert
                                                      Clerk of Court

cc:      Braden Boucek
          John J. Bursch
          Henry W. Frampton IV
          Erin B Gaide
          Kimberly S Hermann
          Abhishek Kambli
          James L. Kerwin
          Kris William Kobach
          Tyson C. Langhofer
          Jordan Rand Miller
          James Rodriguez
          Rachel A. Rouleau
          Ryan T. Schelhaas
          Jonathan Andrew Scruggs
          Lance Sorenson
          Natalie D. Thompson
          William Edward Trachman

CMW/at