No. 24-3097

IN THE UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

STATE OF KANSAS, et al.,

Plaintiffs-Appellees,

v.

UNITED STATES DEPARTMENT OF EDUCATION, et al.,

Defendants-Appellants.

NOTICE OF INTENT TO FILE A RESPONSE
TO DEFENDANTS-APPELLANTS' EMERGENCY MOTION FOR STAY

COMES NOW Plaintiff-Appellee, State of Kansas, and hereby notifies the Court that pursuant to F.R.A.P. 27(a)(3)(A), it intends to file a response in opposition to Defendant-Appellants' Emergency Motion for a Partial Stay Pending Appeal no later than 7 days after the filing of the emergency motion, or on or before July 23, 2024, unless the Court orders otherwise.

Counsel for Defendants-Appellants have been contacted and take no position on the filing.

Respectfully submitted,
OFFICE OF THE KANSAS ATTORNEY GENERAL

*s/Anthony J. Powell*
Anthony J. Powell
*Solicitor General*

120 S.W. 10th Avenue, 2nd Floor
Topeka, Kansas 66612
(785) 368-8539
Anthony.Powell@ag.ks.gov

# CERTIFICATE OF SERVICE

I hereby certify that on July 16, 2024, I electronically filed the foregoing notice with the Clerk of the Court for the United States Court of Appeals for the Tenth Circuit by using the appellate CM/ECF system. Participants in the case are registered CM/ECF users, and service will be accomplished by the appellate CM/ECF system.

*s/ Anthony J. Powell*
Anthony J. Powell