**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

FILED
United States Court of Appeals
Tenth Circuit

**July 16, 2024**

Christopher M. Wolpert
Clerk of Court

_____

STATE OF KANSAS; STATE OF ALASKA; STATE OF UTAH; STATE OF WYOMING; SHAWNA ROWLAND, as mother on behalf of K.R., a minor; MOMS FOR LIBERTY; YOUNG AMERICA'S FOUNDATION; FEMALE ATHLETES UNITED,

    Plaintiffs - Appellees,

v.

UNITED STATES DEPARTMENT OF EDUCATION; MIGUEL CARDONA, United States Secretary of Education, in his official capacity; UNITED STATES DEPARTMENT OF JUSTICE; MERRICK GARLAND, United States Attorney General, in his official capacity,

    Defendants - Appellants.

No. 24-3097
(D.C. No. 5:24-CV-04041-JWB-ADM)
(D. Kan.)

_____

**ORDER**
_____

Appellants have filed an Emergency Motion for a Partial Stay Pending Appeal. The court requires a response. Appellees must file a joint response to the emergency motion by 9:00 a.m. (MDT) on Monday, July 22, 2024. Defendants may file an optional reply by 9:00 a.m. (MDT) on Tuesday, July 23, 2024.

                                               Entered for the Court

                                               CHRISTOPHER M. WOLPERT, Clerk