UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert
Clerk of Court

Jane K. Castro
Chief Deputy Clerk

July 19, 2024

Jim Davy
All Rise Trial & Appellate
P.O. Box 15216
Pennsylvania, PA 19125

**RE:** 24-3097, State of Kansas, et al v. EDUC, et al
Dist/Ag docket: 5:24-CV-04041-JWB-ADM

Dear Counsel:

The amicus brief you have submitted with the court is deficient because:

There is no statement as to the source of its authority to file. *See* Fed. R. App. P. 29(a)(4)(D).

You must file a corrected brief. Do not file paper copies of your brief until the court has received your corrected brief and issued notice it is compliant.

If you fail to correct the stated deficiency within three days of the date of this letter, the deficient brief will not be filed.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court


cc: Braden Boucek
John J. Bursch
Henry W. Frampton IV
Erin B Gaide
Kimberly S Hermann

Abhishek Kambli
James L. Kerwin
Kris William Kobach
Rebecca Kopplin
Tyson C. Langhofer
Stephanie Robin Marcus
Jordan Rand Miller
Steven A. Myers
David Peters
Anthony John Powell
James Rodriguez
Rachel A. Rouleau
Ryan T. Schelhaas
Jonathan Andrew Scruggs
Lance Sorenson
Jack Starcher
Natalie D. Thompson
William Edward Trachman
Jacob P Warner


CMW/djd