UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert Jane K. Castro
Clerk of Court Chief Deputy Clerk

September 3, 2024

Mr. Robert Niles-Weed
Weil Gotshal & Manges
767 Fifth Avenue, Suite 3301
New York, NY 10153

**RE:** 24-3097, State of Kansas, et al v. EDUC, et al
 Dist/Ag docket: 5:24-CV-04041-JWB-ADM

Dear Counsel:

The amici brief you have submitted with the court is deficient because:

The cover of the brief does not indicate whether the brief supports affirmance or reversal. *See* Fed. R. App. P. 29(a)(4).

The table of authorities must not use the "passim" notation but instead must list every page on which an authority is cited. *See* 10th. Cir. R. 28.3(C).

The brief lists attorneys who have not yet entered an appearance in this appeal. 10th Cir. R. 46.1(A) requires formal entries of appearance from all attorneys whose names appear on briefs filed with the court. The corrected brief should not list any attorney who does not intend to enter an appearance in this appeal.

You must file a corrected brief within three days. Do not file paper copies of your brief until the court has received your corrected brief and issued notice it is compliant.

Please contact this office if you have questions.

 Sincerely,

 Christopher M. Wolpert
 Clerk of Court

cc: Jessica Ring Amunson
Braden Boucek
John J. Bursch
Jim Davy
Abhishek Kambli
Stephanie Robin Marcus
William E. Milks
Steven A. Myers
Melissa N. Patterson
David Peters
Anthony John Powell
Stanford E. Purser
Ryan T. Schelhaas
Jonathan Andrew Scruggs
Lance Sorenson
Jack Starcher
William Edward Trachman
Lauren Elizabeth Van Driesen
Jacob P Warner


CMW/sls